# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY and FP1096, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO ISRAEL PHARMACEUTICALS LTD., PERRIGO COMPANY and FEMMEPHARMA HOLDING COMPANY, INC. <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 10-641-SLR ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL AS BETWEEN PLAINTIFFS AND PERRIGO ISRAEL PHARMACEUTICALS LTD. AND PERRIGO COMPANY

This matter having been amicably adjusted by and between plaintiffs and defendants Perrigo Israel Pharmaceuticals Ltd. and Perrigo Company, it is stipulated and agreed that all remaining claims and counterclaims pending in this case by and between plaintiffs and Perrigo Israel Pharmaceuticals Ltd. and Perrigo Company shall be, and hereby are, dismissed without prejudice and without costs. This Dismissal shall terminate the 30 month period under 21 USC §355(j)(5)(B)(iii).

/s/ Laura D. Hatcher
Chad M. Shandler (#3796)
Shandler@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Plaintiffs KV Pharmaceutical Company and FP1096, Inc.*

/s/ David E. Moore
David E. Moore (#3893)
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
*Attorneys for Defendants Perrigo Israel Pharmaceuticals Ltd. and Perrigo Company*