IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY and FP1096, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO ISRAEL PHARMACEUTICALS LTD., PERRIGO COMPANY and FEMMEPHARMA HOLDING COMPANY, INC. <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 10-641-SLR ) ) ) ) ) ) ) ) |

## VOLUNTARY DISMISSAL OF ACTION AGAINST FEMMEPHARMA HOLDING COMPANY, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs K-V Pharmaceutical Company and FP1096, Inc., by and through their undersigned counsel, hereby voluntarily dismiss the above-caption action against defendant FemmePharma Holding Company, Inc. ("FemmePharma"). This dismissal is being made without prejudice.

*Of Counsel:*

Charles A. Weiss, Esq.
KENYON & KENYON LLP
1 Broadway
New York, New York 10004
(212) 425-7200

/s/ Laura D. Hatcher
Chad M. Shandler (#3796)
Shandler@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiffs KV Pharmaceutical Company and FP1096, Inc.*